E-FILED
Monday, 30 September, 2019  02:56:03 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Kennado K Taylor,

Plaintiff

vs.

Judge Bruce Stiring Bruce
E Johnson Tracy Larry Beck
Kate Daniels Bill Smith
Garrett Lt. Loftus Ember
Bouvet Kirby Jeffrey Alan Miller
John Doe Billy Johnston

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _19-CV-3178_

*(The case number will be assigned by the clerk)*

FILED

SEP 30 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## Amended
## COMPLAINT*

28 U.S.C. 1915 in imminent danger with A Serious injury

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Kennado X Taylor

Prison Identification Number: 131885

Current address: 1 Sheriff's Plaza Springfield IL 62701

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: LARRY BECK

Current Job Title: Superintendent

Current Work Address: 1 Sheriff's Plaza Springfield IL 62701

Defendant #2:

Full Name: Johnston

Current Job Title: C/O

Current Work Address: 1 Sheriff's Plaza Springfield IL 62701

Defendant #3:

Full Name: Bill Smith

Current Job Title: Lt

2

Current Work Address __I Sheriff PlAZA__

__Springfield IC 62701__

Defendant #4:

Full Name: __Bouet__

Current Job Title: __Sgt Officer__

Current Work Address __I Sheriff PIAZA__

__Springfield IC 62701__

Defendant #5:

Full Name: __Ember__

Current Job Title: __mental Health STAFF__

Current Work Address __I Sheriff PIAZA__

__Springfield IC 62701__

*For additional defendants, provide the information in the same format as above on a separate page.*

## III.  LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious  physical injury." 28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes  ☐          No  ☑

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☑          No  ☐

C.  If your answer to B is yes, how many?  __38__   Describe the lawsuit(s) below.

Defendant#5

11 full NAme GArrett
current Job title officer A-Pod
current work Address 1 Sheriff PlAZA
Springfied IC 62701

12 full NAme Boulet
current Job title Set office
current work Address 1 Sheriff PlAZA
Springfied IC 62201

13 full NAme Billy
current Job title Nurse
current work Address 1 Sheriff PlAZA
Springfied IC 62701

14 full NAme John
current Job title Nurse
current work Address 1 Sheriff PlAZA
Springfied IC 62201

15 full NAme JACK CAmpbell
current Job title Sheriff
current work Address # Sheriffs PlAZA Springfield
Illinois 62701-1681

1.  Name of Case, Court and Docket Number

I haud A lAwye I Do not have THE CASE # Or Daelced Number
with me BECAuc I got Lock uP I seet out FOR them NO Res.
2.  Basic claim made  8 and 14 Due process Violation 28 Us RESPONs
C 1915/G) Imrined dAnser of Serlous Physical Inuury's

3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  Some Oismiss Some I dismurs some was Appealee could
not PAY THE Money FOR THE Appeal

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?   Yes ☐   No ☑

B.  Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑   No ☐

If your answer is no, explain why not _____
_____

C.  Is the grievance process completed?   Yes ☑   No ☐

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence _____

Date(s) of the occurrence _6/13/19   6/14/19_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On THE Above DATes 6/13/19   6/14/19 I Was AttAck By Jeffrey AlAN Miller But on 6/14/19 Suffer A Serious Physical injury From to keep my Self From Being ASSAult with Feces and liquid and some then that maid me going blind At All time I come out my cell and was out For my time out when I was ASSAult with Feces and liquid and some thing that got me going blind I had was to Be keep A WAy From Jeffrey Miller BECAuse my Life is and danger By him I file GrievAnces electronicAlly By telephone using and Request to Be move I tAlk to ClassificAtion For New housing By Defendant Bill SMith Defendant Kirby I Also maid cArry Beck A Wear that my Life was in dangers Sgt Bouvet was A Wear of my Injury's and me Request medicl care in treatment He sAid I Will Let medicl No and I will Let Lt Bill Smith and Kirby A Wear to move Suffey miller to Seg He told me on THE DAY 6/13/19 Also BeFor I Suffer THE Serious PhysicAl Injury to My eye THE Food TrAp of Jeffrey Miller was open three time I C was out my cell and was ASSAult By him At All time and officer's E. Johnson was work I told him BeFor I Was ASSAult By Jeffrey Miller eash time He was A Wear I Was under imminent dAnger For THE Defendant's meet

5

JAil Poicy and Requirement to keep me From Being AttACK From other Inmate's and with proof THE Defendant's was A wear By electronically By telephone grievance and Request to move and my Life is and danger By Jeffery miller I try to close Jeffery miller Food trap to keep me sAfe not BECAUSE I Do not Fear For my Life is A Cover up By THE Defendants lawyer then I was deny medical Care and treatment By Nurse trAcy and Nurse KAte Daniels and PA marry was not told to Cover up my Injury's I Request to see THE eye DoctoR so my eye CAN Be diagnosis But I was deny medical treatment For my left eye that wy I was not giving medical treatment By A eye DoctoR and just given eye eye drop's By Physician's AssistAnt I was never given Any medical treatment Just put on eye drops By THE PA Nurse Marry DAmbAcher I put in FoR Sick CAll AfteR Sick CAll Nurse trAcy and Nurse KAte Daniels Cover up my Serious physical Injury's FoR THE Defendant's As I Request foR medical Care and treatment I told them THE eye Drop's are not WoRkering At All NOW I CAN not see Iam Still going blind At this time CARry Beck is lieing to THE Court SAying thing to Cover up my /AW Sue and THE Judge is not Leting me RepAix to THE Defendant's and Iam Suffer more Serious physical Injury and is under dAnger inquiry this is A emergencies where I CAN lost and will lost my left eye At All time if THE

6

THE Court denied my complaint off THE Defendant
saying I am trying to get out of pay THE fileing Fee this
is saying that Just let THE Plaintiff Go All THE way blind
was No treatment given to get my eye Better At All
Nurs John deny me medical treatment For my eye every time
I saw him and told me He puting me in for sick call and
still deny me medical treatment every time He walk pass
my Door my complaint could not Be dismiss off words
of Defendant's Larry Beck Declaration He is using
word's to get my case dismiss then Do not giving me what
I have comeing By IAW I am suffering and going to lost
my eye very soon if this complaint is deny see Taylor V
Plousis 101 F. Supp 2d 255 262 D.N.J. 2000 A medical
condition which threatens A Plaintiff Ability to walk
ever on a non permanent basis fails within THE
Ambit of A Serious medical need in I can not see out
my eye and I am losting to see every Day and O.E.
Johnston was A wear of that I need treatment
For my eye and All THE Defendant's At All time
Jack Campbell Hoster THE Defendant and THC
Poicy maker and Larry Beck and let THE Defendant's
cover it up and them to I will lost to see very
soon if this is cover up By THE Court and Judge
Bruce Colin Stirling let THE Defendant Larry Beck
cover up my IAW suit and I Suffer Mental and
Helmermann V Utscher 337 F3d 781 787 7th Cir 2003
THE existence of such A danger is Assessed As
of that time of file THE IAWsuit refused
protective custody to a Prisoner targeted
on the Bac 7 of 7 → → → Back side No Paper

By gang's Known enemies Court's have Also found
it to Be under when Be denied treatment FOR
A ongoing Serious medical problem or disab,lity
subjected to environmental conditions gang
protective Custody Issue medical Condition posed
Imminent danger was sufficient I haver proff
that I Request protective Custody and let them
No I Was Being targeted ever time I Come out
my Cell By Jeffery miller At All and Was deny to
Be move By Lt Bill Smith Sgt Kurd Sgt LArry Beck
THE Court are dymiss my CHC of Word's of LArry Beck
He Do not Want to Be Suc FOR his Behaver
and of THE Defendant's At All SO THE going
to Come up with Any thing they are not going
to SAy to THE Court they Dip Thing to cruse
me harm and THE IS very A Wear of this
At All time end of my lAwSuit

707  BAck Side of 70 of 7

Seeking Compensator Damages 2,000,000,
Seeking Punitive Damage 250,000

JURY DEMAND        Yes ☑        No ☐

Signed this _____ day of ___8/10/19_____, 20 _19_.

_____
( Signature of Plaintiff)

| Name of Plaintiff:<br><br>Kennach X Taylor | Inmate Identification Number:<br>131825# |
| --- | --- |
| Address:<br>1 Sheriff's PlAZA<br>Springfield IL 62701-1681 | Telephone Number: |

8